IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **ROVER PIPELINE, LLC,** | : |
| | : Case No. 2:19-cv-04698 |
| **Plaintiff,** | : |
| | : JUDGE ALGENON L. MARBLEY |
| v. | : |
| | : Magistrate Judge Jolson |
| **AMY M. ZWICK, et al.,** | : |
| | : |
| | : |
| **Defendants.** | : |

## ORDER

This matter is before the Court on Defendants' Motion to Dismiss. Doc. 10. Plaintiff, however, has filed an Amended Complaint, thereby mooting Defendants' pending Motion. *See Glass v. The Kellogg Co.*, 252 F.R.D. 367, 368 (W.D. Mich. 2008) ("Because the original complaint has been superseded and nullified, there is no longer a live dispute about the propriety or merit of the claims asserted therein; therefore, any motion to dismiss such claims is moot."). Accordingly, Defendants' Motion to Dismiss [#10] is **DENIED WITHOUT PREJUDICE** as **MOOT**.

IT IS SO ORDERED.

_____
**ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: August 24, 2020**